# United States Court of Appeals for the Federal Circuit

---

January 27, 2026

**ERRATA**

---

Appeal Nos. 2024-1876, 2024-1885

**ORANGE ELECTRONIC CO. LTD.,**
*Plaintiff-Appellant*

**v.**

**AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,**
*Defendant-Cross-Appellant*

---

Decided: January 23, 2026
Nonprecedential Opinion

---

Please make the following change:

The opinion is changed to replace the word "grant" with "denial" on page 11, line 22.